**Vincent F. RIVERA, Plaintiff–Appellant,**

v.

**GOVERNOR OF NEW YORK,\***
**Defendant–Appellee.**

Docket No. 04–6369CV.

United States Court of Appeals,
Second Circuit.

Aug. 9, 2005.

Appeal from the United States District Court for the Eastern District of New York (Arthur D. Spatt, J.).

Vincent F. Rivera, Raiford, FL, for Appellant, pro se.

---

\* Defendant did not appear in this case, because service of the complaint was defective at the court below.

Eliot L. Spitzer, Attorney General for the State of New York, NY, for Appellee.

Present: CALABRESI, RAGGI, Circuit Judges, and MURTHA,\*\* District Judge.

## SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the decision of the District Court is **AFFIRMED.**

Petitioner Vincent F. Rivera ("Rivera"), proceeding *pro se,* appeals an October 25, 2004 decision by District Court Judge Arthur D. Spatt of the Eastern District of New York. Petitioner's appeal fails to raise any of the issues decided below by Judge Spatt. New arguments are not properly made for the first time on appeal, *see Singleton v. Wulff,* 428 U.S. 106, 120–21, 96 S.Ct. 2868, 49 L.Ed.2d 826 (1976), and Rivera's failure to discuss in his brief any of the issues he raised in the district court requires that those issues be deemed abandoned, *see LoSacco v. City of Middletown,* 71 F.3d 88, 92–93 (2d Cir.1995). There are no claims for this court to review.

The judgment of the district court is **AFFIRMED.**

---

\*\* The Honorable J. Garvan Murtha, United States District Judge for the District of Vermont, sitting by designation.